Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERELINE CAMPBELL,<br><br>     Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>     Defendant. | Case No: 14-CV-01900-FMO-AJW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Fernando M. Olguin |

     PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a), Plaintiff, Jereline Campbell ("Plaintiff"), dismisses the above-mentioned matter, with prejudice, with each party bearing their own costs.

     Respectfully submitted this November 4, 2014.

                             LAW OFFICES OF L. PAUL MANKIN, IV

                             */s/L. Paul Mankin*
                             L. Paul Mankin
                             Attorney for Plaintiff
                             Jereline Campbell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          Sessions, Fishman, Nathan & Israel, L.L.P.

          */s/Damian P. Richard*
          Damian P. Richard
          Attorney for Defendant
          NCO Financial Systems, Inc.